Order entered October 9 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00426-CV

### ALFONSO MCCOY JR, AND ALL OCCUPANTS, Appellant

### V.

### FEDERAL HOME LOAN MORTGAGE, Appellee

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-12-00444-C**

## ORDER

The Court has before it appellee's September 28, 2012 motion to dismiss appeal as moot.

The Court **ORDERS** appellant to file a response to the motion within ten days of the date of this

order. If appellant does not do so, this appeal may be dismissed without further notice.



MOLLY FRANCIS
JUSTICE